IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,

v.                                                  Case No. 3:04-cr-38/LAC

ETHEL M. JONES,

    Defendant/Appellant.

_____/

## ORDER OF DISMISSAL OF APPEAL

Defendant having requested and received additional time to file a stipulated transcript on appeal of the Magistrate's decision and sentence, but having failed to meet the thirty day deadline set by the Court, the appeal in this case is hereby **DISMISSED**.

**ORDERED** on this 25th day of August, 2005.

                                                    s/*L.A. Collier*
                                                    Lacey A. Collier
                                                    Senior United States District Judge